# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

KATHRYN POOLE and BRAD KIMBALL,

        Plaintiffs,

                      Case No.  8:24-cv-01002-SDM-AAS

vs.

COOPERSURGICAL, INC. and THE
COOPER COMPANIES, INC.,

        Defendants.

_____/

## JOINT MEDIATION REPORT

The parties engaged in mediation on August 21, 2024 with Charles Castagna, Esq.  The parties reached a resolution in principle and are in the process of finalizing the details of that resolution.  The parties hope to file a request for dismissal within the next 30 days.

| **DIFILIPPO & PICA, PLLC** | **NELSON MULLINS RILEY & SCARBOROUGH LLP** |
|---|---|
| */s/ Lisa A.Difilippo* <br> Lisa A. Difilippo <br> Florida Bar No. 115334 <br> 2733 Daniels Center Drive, Suite 201 <br> Fort Myers, FL 333901 <br> Telephone:  (239) 420-5472 <br> Facsimile:  (786) 475-5909 <br> lisa.dplawfl.com <br> paralegal@dplawfl.com <br><br> *Attorneys for Plaintiffs* | */s/ Edward H. Thompson* <br> Edward H. Thompson <br> Florida Bar No. 864250 <br> Natalie Donis <br> Florida Bar No. 1031027 <br> 390 N. Orange Avenue, Suite 1400 <br> Orlando, FL 32801 <br> Telephone: (407) 669-4200 <br> Facsimile: (407) 425-8377 <br> ed.thompson@nelsonmullins.com |

natalie.donis@nelsonmullins.com
allison.abbott@nelsonmullins.com
angie.torres@nelsonmullins.com
lynn.endriss@nelsonmullins.com

*Attorneys for Defendants, CooperSurgical, Inc. and The Cooper Companies, Inc.*

**CHARLES N. CASTAGNA MEDIATION, INC.**

*/s/ Charles N. Castagna*
Charles N. Castagna, Mediator
650 Cleveland Street, Suite 990
Clearwater, FL 33755
Telephone: (727) 754-2089
cnc@castagnamediation.com

4857-7917-7951